# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**DIANE M. HERMAN,**

    **Plaintiff,**

**v.**                                                           **Case No: 5:12-CV-408-Oc-18PRL**

**COMMISSIONER OF SOCIAL**
**SECURITY and SSA**

    **Defendants.**

## REPORT AND RECOMMENDATION[1]

This cause is before the Court on Plaintiff's Uncontested Motion to Dismiss. (Doc. 14). Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff requests that the Court dismiss this action with prejudice. Defendant has filed its Answer in this case, but the Answer does not allege a counterclaim against Plaintiff. Further, Defendant has consented to dismissal of this action with each party bearing their own costs.

Accordingly, it is respectfully **RECOMMENDED** that Plaintiff's Motion (Doc. 14) be **GRANTED** and Plaintiff's Complaint (Doc. 1) be **DISMISSED with prejudice**, with each party bearing their own attorney's fees and costs associated with this action.

---

[1] Specific written objections may be filed in accordance with 28 U.S.C. § 636, and Rule 6.02, Local Rules, M.D. Fla., within fourteen (14) days after service of this report and recommendation. Failure to file timely objections shall bar the party from a *de novo* determination by a district judge and from attacking factual findings on appeal.

    **IN CHAMBERS** in Ocala, Florida on December 21, 2012.

                                                   */s/ Philip R. Lammens*
                                               PHILIP R. LAMMENS
                                               United States Magistrate Judge

Copies furnished to:

    The Honorable G. Kendall Sharp
    Counsel of Record