UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DIANE M. HERMAN,

          Plaintiff,

-vs-                                            Case No. 5:12-cv-408-Orl-18PRL

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.

_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Uncontested Motion to Dismiss (Doc. 14). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the parties, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. Plaintiff's Complaint is **DISMISSED with prejudice**, each party bearing their own attorney's fees and costs associated with this action. Clerk of the Court is directed to **CLOSE** the case.

It is **SO ORDERED** in Orlando, Florida, this ___7___ day of January, 2013.

_____
G. KENDALL SHARP
Senior United States District Judge

Copies to:

Counsel of Record
United States Magistrate Judge